United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACQUELINE ZHAO, § § Plaintiff, § vs. § § UNITED PROPERTY & CASUALTY § INSURANCE COMPANY, § § Defendant. § | Civil Action No. 4:17-cv-00439 |

### ORDER

Before the Court is the Parties' Stipulation of Dismissal With Prejudice. In the Stipulation, the parties agree that this action should be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 with each party bearing their own costs. Having considered the Stipulation, the Court is of the opinion that it should be granted.

The Court hereby **GRANTS** the Parties' Stipulation of Dismissal and **ORDERS** that this action be **DISMISSED WITH PREJUDICE**.

Signed this 28TH day of March, 2018.

Ewing Werlein, Jr.
United States District Judge